**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **JANE DOE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **CIVIL ACTION NO. 5:12-CV-386 (MTT)** |
| ) | |
| **GEORGIA DEPARTMENT OF** ) | |
| **CORRECTIONS, BRIAN OWENS, in his** ) | |
| **official capacity as Commissioner of** ) | |
| **the Georgia Department of** ) | |
| **Corrections, TIMOTHY WARD,** ) | |
| **individually and in his official capacity** ) | |
| **as Assistant Commissioner of the** ) | |
| **Georgia Department of Corrections,** ) | |
| **RANDY TILLMAN, individually and in** ) | |
| **his official capacity as Director of** ) | |
| **Facilities of the Georgia Department of** ) | |
| **Corrections, KATHY SEABOLT,** ) | |
| **individually and in her official capacity** ) | |
| **as Warden of Lee Arrendale State** ) | |
| **Prison, KATHREN KENNEDY,** ) | |
| **individually and in her official capacity** ) | |
| **as an employee of the Georgia** ) | |
| **Department of Corrections serving as** ) | |
| **warden of security, FREDERICK** ) | |
| **MITCHELL, individually and in his** ) | |
| **former official capacity as an employee** ) | |
| **of the Georgia Department of** ) | |
| **Corrections serving as a correctional** ) | |
| **officer at Arrendale State Prison,** ) | |
| ) | |
| **Defendants.** ) | |
| ———————————————— ) | |

## ORDER

Before the Court is the Plaintiff's Motion for Leave to Proceed Under a

Pseudonym.  (Doc. 2).  The Court has reviewed the Plaintiff's Complaint, which alleges

she was raped by a corrections officer while incarcerated at Arrendale State Prison.

Upon consideration of these facts, the Plaintiff's Motion is **GRANTED**.  However, the Court notes that the Defendants have not yet responded to the Plaintiff's Complaint or Motion.  Consequently, any interested party that is so inclined may at a later date move the Court to reconsider this Order.

**SO ORDERED**, this 5th day of October, 2012.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT