IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **JANE DOE,** )<br>)<br>    **Plaintiff,** )<br>)<br>    v. )<br>)<br>**GEORGIA DEPARTMENT OF** )<br>**CORRECTIONS, BRIAN OWENS, in his** )<br>**official capacity as Commissioner of** )<br>**the Georgia Department of** )<br>**Corrections, TIMOTHY WARD,** )<br>**individually and in his official capacity** )<br>**as Assistant Commissioner of the** )<br>**Georgia Department of Corrections,** )<br>**RANDY TILLMAN, individually and in** )<br>**his official capacity as Director of** )<br>**Facilities of the Georgia Department of** )<br>**Corrections, KATHY SEABOLT,** )<br>**individually and in her official capacity** )<br>**as Warden of Lee Arrendale State** )<br>**Prison, KATHREN KENNEDY,** )<br>**individually and in her official capacity** )<br>**as an employee of the Georgia** )<br>**Department of Corrections serving as** )<br>**warden of security, FREDERICK** )<br>**MITCHELL, individually and in his** )<br>**former official capacity as an employee** )<br>**of the Georgia Department of** )<br>**Corrections serving as a correctional** )<br>**officer at Arrendale State Prison,** )<br>)<br>    **Defendants.** )<br>) | **CIVIL ACTION NO. 5:12-CV-386 (MTT)** |

## ORDER

Before the Court is the Plaintiff's Motion for Leave to Proceed Under a Pseudonym.  (Doc. 2).  The Court has reviewed the Plaintiff's Complaint, which alleges she was raped by a corrections officer while incarcerated at Arrendale State Prison.

Upon consideration of these facts, the Plaintiff's Motion is **GRANTED**. However, the Court notes that the Defendants have not yet responded to the Plaintiff's Complaint or Motion. Consequently, any interested party that is so inclined may at a later date move the Court to reconsider this Order.

**SO ORDERED**, this 5th day of October, 2012.

                                                           S/ Marc T. Treadwell
                                                           MARC T. TREADWELL, JUDGE
                                                           UNITED STATES DISTRICT COURT